**Michael JACKSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 61917.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 12, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Feb. 10, 1993.

Application to Transfer Denied
May 25, 1993.

David C. Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., John M. Saleeby, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion as untimely. The judgment of the motion court is based on findings of fact that are not clearly erroneous. No error of law appears.

A written opinion would serve no jurisprudential purpose. We have prepared a written memorandum for the use of the parties in this case only.

Affirmed per Rule 84.16(b).

■

**Edmond SIMMONS, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

No. 61676.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 2, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
March 24, 1993.

Application to Transfer Denied
May 25, 1993.

David C. Hemingway, St. Louis, for movant/appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals the denial of his Rule 29.15 motion after an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).